**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| **VISION ADVANCEMENT, LLC** | § | |
| | § | |
| **V.** | § | **CIVIL ACTION NO. 2:05-CV-455** |
| | § | |
| **JOHNSON & JOHNSON VISION** | § | |
| **CARE, INC. D/B/A VISTAKON** | § | |

**ORDER**

The above entitled and numbered civil action has been referred to United States Magistrate Judge John D. Love pursuant to 28 U.S.C. § 636.  The Memorandum Opinion and Order (Docket Nos. 140) containing the Magistrate Judge's claim construction ruling has been presented for consideration. Defendants have filed objections (Docket Nos. 151)  to the Memorandum Opinion and Order; however the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct.  Therefore, the Court hereby overrules Defendants objections and adopts the Memorandum Opinion and Order of the United States Magistrate Judge as the Opinion and Order of this Court.

**So ORDERED and SIGNED this 26th day of February, 2007.**



_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**