IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| VISION ADVANCEMENT, LLC, § § § *Plaintiff,* § § v. § § JOHNSON & JOHNSON VISION § CARE, INC., § § *Defendant.* § § | CIVIL ACTION NO. 2:05CV455 JUDGE LEONARD DAVIS BENCH TRIAL |

## JOINT STIPULATION OF DISMISSAL

Plaintiff, Vision Advancement, LLC, and Defendant, Johnson & Johnson Vision Care, Inc., hereby stipulate, through their respective attorneys, that this action shall be and is dismissed with prejudice in its entirety. Plaintiff and Defendant further stipulate that each party shall bear its own costs and attorneys' fees.

DATED:    June 7, 2007

NIX PATTERSON & ROACH, LLP


BY:   /s/ D. Neil Smith
Attorneys for Vision Advancement


SAYLES/WERBER


BY:   /s/ Richard Sayles by permission
Attorneys for Johnson & Johnson Vision Care, Inc.